# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L. | U.S. Dist Court, W.D. of WA | 05/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

700 Stewart Street, 14th Floor
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | Whitman College |
| 2. | Trustee | Foundation # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Paintings sold for cash. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | January 15-16, 2015 | Philadelphia, Pennsylvania | Asbestos Claims & Litigation CLE | Airfare, Lodging, Food, Trasportation, and Parking |
| 2. | US Department of State, Federal Trade Commission, India's National Judicial Academy | January 21-26, 2015 | Bhopal, India | Conference on Intellectual Property Law | Airfare, Lodging, Food, and Transportiation |
| 3. | American Conference Institute | January 29-31, 2015 | Miami, Florida | 5th Annual forum on Preventing and Defending Long Term Care Litigation CLE | Airfare, Lodging, Food, Transportation, and Parking |
| 4. | American Conference Institute | February 24-25, 2015 | New York, NY | Construction Claims and Litigation CLE | Airfare, Lodging, Food, Transportation, and Parking |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robart, James L.. | 05/04/2016 |

| | | | | |
|---|---|---|---|---|
| 5. | Licensing Executives Society | March 11-14, 2015 | Munich, Germany | IP Law Conference | Airfare, Lodging, Food, and Transportation |
| 6. | American Conference Institute | March 16-17, 2015 | Philadelphia, Pennsylvania | Bad Faith Claims & Litigation CLE | Airfare, Lodging, Food, Transportation, and Parking |
| 7. | American Conference Institute | April 22-23, 2015 | New Orleans, Louisiana | Environmental Law CLE | Airfare, Lodging, Food, Transportation, and Parking |
| 8. | German Patent Office, Munich Technical University, and Munich IP Lawyers' Assoc. | June 14-20, 2015 | Munich, Germany | Patent Law CLE | Airfaire, Lodging, Food, and Transportation |
| 9. | American Antitrust Institute | August 27-29, 2015 | Palo Alto, California | Business Behavior & Competition Policy in the Courtroom/Antitrust CLE | Airfare, Lodging, Food, Transportation, and Parking |
| 10. | AIPPI | October 10-14, 2015 | Rio, Brazil | Standard Essential Patent ("SEP") Law CLE | Airfaire, Lodging, Food, and Transportation |
| 11. | Sedona Conference | October 18-22, 2015 | Washington, D.C. | 15th Annual Sedona Conference on Conference on Patent Litigation | Airfaire, Lodging, Food, Transportation, and Parking |
| 12. | American Conference Institute | October 26-29, 2015 | New York, New York | ERISA Litigation, Labor Law Management & Consumer Lending CLE | Airfaire, Lodging, Food, Transportation, and Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Whitman College | Multi-year pledge | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | K | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2015 - $200,000) | A | Rent | N | S | | | | | |
| 4. Bank of Washington Common Stock | | None | K | T | | | | | |
| 5. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 6. -- Starbucks Common Stock | E | Dividend | P1 | T | Donated (part) | | | | |
| 7. -- Schwab Money Fund | B | Interest | M | T | | | | | |
| 8. -- MSCI Em. Mkts I-Shares | E | Dividend | O | T | | | | | |
| 9. -- MSCI EAFE Index Fund | C | Dividend | N | T | | | | | |
| 10. -- S&P 600 I-Shares | D | Dividend | O | T | | | | | |
| 11. -- Vanguard REIT Fund | E | Dividend | O | T | | | | | |
| 12. -- S&P 500 IShares | E | Dividend | O | T | | | | | |
| 13. -- Boston Priv. Fin. Hldg. | C | Dividend | L | T | | | | | |
| 14. Chevron Common Stock | D | Dividend | N | T | | | | | |
| 15. BROKERAGE IRA #1 | | | | | | | | | |
| 16. -- MSCI EAFE Index I-Shares | E | Dividend | P1 | T | | | | | |
| 17. -- S&P Small Cap 600 IShares | F | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- S&P 500 I-Shares | E | Dividend | O | T | | | | | |
| 19. -- Schwab Money Fund | A | Interest | M | T | | | | | |
| 20. -- U.S. TIPS | | | | | Matured (part) | 04/15/15 | M | D | |
| 21. | | | | | Buy (add'l) | 04/23/15 | M | | |
| 22. -- Vanguard REIT | E | Dividend | O | T | | | | | |
| 23. -- Emrg. Mkt. I-Share | D | Dividend | N | T | | | | | |
| 24. -- General Mills Notes | C | Interest | | | Matured | 03/17/15 | L | | |
| 25. -- Bank of America Notes | C | Interest | | | Matured | 08/01/15 | M | | |
| 26. | D | Interest | M | T | Buy (add'l) | 07/06/15 | M | | |
| 27. -- Morgan Stanley Notes | D | Interest | | | Matured | 10/15/15 | M | | |
| 28. --CISCO Systems Note | D | Interest | M | T | | | | | |
| 29. -- Discover Bank CD | B | Interest | M | T | | | | | |
| 30. --Goldman Sachs Notes | C | Interest | M | T | | | | | |
| 31. --Pfizer Notes | C | Interest | M | T | | | | | |
| 32. --GE Cap. Bank CD | B | Interest | M | T | | | | | |
| 33. --Goldman Sachs BK CD | C | Interest | M | T | | | | | |
| 34. --Conoco Phillips Notes | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --GE Cap Retail CD | B | Interest | | | Matured | 09/01/15 | M | | |
| 36. --J.P. Morgan Chase | B | Interest | M | T | | | | | |
| 37. --Amercan Express Bank CD | B | Interest | M | T | | | | | |
| 38. --Synchrony Bank CD | C | Interest | M | T | | | | | |
| 39. Amgen Notes | C | Interest | M | T | Buy | 10/07/15 | M | | |
| 40. BP Capt. Mks. | C | Interest | M | T | Buy | 01/05/15 | M | | |
| 41. BROKERAGE IRA #2 | | | | | | | | | |
| 42. -- Janus Balanced Mut. Fund | B | Dividend | K | T | | | | | |
| 43. -- T.R. Price New Asia Mut. Fund | A | Dividend | K | T | | | | | |
| 44. -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 45. -- MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 46. -- S&P 500 I-Shares | C | Dividend | M | T | | | | | |
| 47. -- MSCI Em. Mkts I Share | B | Dividend | L | T | | | | | |
| 48. -- S&P Small Cap 600 I Shares | B | Dividend | L | T | | | | | |
| 49. --IBM | A | Dividend | J | T | | | | | |
| 50. --Vanguard REIT | B | Dividend | K | T | | | | | |
| 51. FOUNDATION # 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- RBC Prime Money Fund | A | Dividend | | | Donated | | | | |
| 53. -- J.P. Morgan Strag Income Bd. Fund | A | Interest | | | Donated | | | | |
| 54. -- Prinicipal Mid-Cap Fund | B | Dividend | | | Donated | | | | |
| 55. Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |
| 56. 7MB Tech. Corp. | | None | K | T | | | | | |
| 57. Builders Capital Part. | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Robart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544